LARY D. Smith Facility
1627 S. HARGRAVE St
BANNING CA. 92220
#2022191 76

Forma Pauperis Declaration Suport Civil (1983) Pro SE clerk

United State's District court central District OF CAlifornia

THOR & DANNA VONGAMATH — Plaintiff's —

V.

EDCV23-225-VBF(ADS)

superior court's Related DOJ — Defendent's —

FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Violation Embezzlement

Exaustion Administrative Remedies

Prison Litigation Reform Act

complaint: No Free man shall be captured, and or imprisoned, or Disseised of His FreeHold And or of His liberties, or of his Free custom, or be outlawed or exiled or in anyway destroyed nor will We Proceed againts by Forced OR Proceed againts him by Arms but by the lawful Judgment by his peers and or by the law of THE land. Magna Carta Article (39) In all criminal Prosecution the accused shall enJoy the right to a speedy trial US. const amend VI. In suites at common Law where the value In controversy shall exceed twenty dollars, the right of Trial shall be preserved and No Facts tried by a Jury shall be other wise re-examined In any court of the United States than according to the rules of the common Law. US const amend VII. Claims & Relief (All Reliefs)

Statement: DANNA VONGAMATH #2022191 76 (DiVisioN 2) — Healing ARTS — (730) Performing medical Evalvation without certification.

3325 WILSHIRE BOULEVARD, SUITE 340 LOS ANGELES, CA 90010
P 213.384.1400 F 213.384.1411 www.JUSTDETENTION.org

JUST DETENTION INTERNATIONAL




**Selected**

**Just Detention International Publications**

'Zsm

Evid. code 1034.4

1627 S. HARGRAVE ST
BANNING CA. 92220
John Doe (202219176)

SN BERNARDINO CA 923
8 FEB 2023 PM 6 L




Attn: Eastern Division/Forward To:
3470 Twelfth St
Riverside CA, 92501

— Pro se clerk —

255 E. Temple St (180)
Los Angeles, CA 90012

90012-333299

RAPE IS NOT PART OF THE PENALTY